HEATHER M. FREINKEL, SBN 272931
Homeless Action Center
3126 Shattuck Ave
Berkeley, CA 94705
Ph. (510) 540-0878
Fax (510) 540-0403

Attorney for Plaintiff

ALEX GENE TSE
U.S. Attorney's Office
450 Golden Gate Ave, 10th Fl.
San Francisco, CA 94102
Ph. (415) 436-6984

HEATHER M. MOSS
Assistant Regional Counsel
Office of the General Counsel, Region IX
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Ph. (415) 977-8826

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE GREEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br><br>Commissioner of Social Security,<br><br>        Defendant. | Civil No. 13-CV-05105-WHO<br><br>STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND COSTS AND ORDER |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND NINE HUNDRED FIFTY DOLLARS ($4,950.00). This amount represents

Order re EAJA fees – 13-CV-05105-WHO - 1

compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of four thousand nine hundred fifty dollars ($4,950.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

      After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will determine whether the fees are subject to an offset.  *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010).  Any payment shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then the Commissioner shall cause the payment of fees and costs to be made directly to Plaintiff's counsel pursuant to the assignment executed by Ms. Green (attached).

      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated:  February 3, 2015

      /s/ *Heather M. Freinkel*
      HEATHER M. FREINKEL
      Attorney for Plaintiff

      /s/* *Heather M. Moss*
      HEATHER M. MOSS
      * by email authorization 1/23/15
      Attorney for Defendant

1  Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act
2  Fees And Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA
3  in the amount of four thousand nine hundred fifty dollars and zero cents ($4,950.00), as
4  authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced
5  Stipulation.

Dated:   February 4, 2015

William H. Orrick
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA